**UNITED STATES of America v. Harry HO-BERMAN, Appellant.**

**No. 8689.**

Circuit Court of Appeals, Third Circuit.

Argued Nov. 9, 1944.

Decided Nov. 15, 1944.

Writ of Certiorari Denied Jan. 29, 1945.

See 65 S.Ct. 564.

Martin Feldman, of Philadelphia, Pa. (Paul Yermish, of Philadelphia, Pa., on the brief), for appellant.

Thomas J. Curtin, of Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., of Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH and McLAUGHLIN, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.

**UNITED STATES of America, Appellant, v. Henry G. WATTERS, Appellee.**

**No. 10914.**

Circuit Court of Appeals, Ninth Circuit.

Nov. 6, 1944.

Carl C. Donaugh, U. S. Atty., and William M. Langley, Asst. U. S. Atty., both of Portland, Or., for appellant.

Nicholas Jaureguy, of Portland, Or., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant for dismissal of the appeal herein, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**William E. PINFOLD, Petitioner, Appellant, v. UNITED STATES of America.**

**No. 12924.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 13, 1944.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court, on motion of appellee.

**UNITED STATES of America v. Frank John MAYKUT, Appellant.**

**No. 8695.**

Circuit Court of Appeals, Third Circuit.

Argued Nov. 9, 1944.

Decided Nov. 28, 1944.

William V. Azzoli, of Newark, N. J., for appellant.

Vincent E. Hull, Asst. U. S. Atty., of Newark, N. J. (Thorn Lord, U. S. Atty., of Trenton, N. J., of counsel), for appellee.

Before GOODRICH and McLAUGHLIN, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.